JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENRIQUE TORRES,<br><br>         Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; ADMINISTAFF OF TEXAS SHORT-TERM AND LONG-TERM DISABILITY PLAN,<br><br>         Defendants. | Case No. SACV 12-00374 DOC (ANx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action shall be dismissed with prejudice in its entirety. Each party is to bear their own costs and attorney's fees.

DATED: August 8, 2012

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE